UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **BRIAN GARCIA,**<br>　　　Plaintiff,<br><br>vs.<br><br>**MIDWEST FIDELITY SERVICES, LLC,**<br>　　　Defendant. | Civil Action No.:<br>1:12-cv-01271-KBM-ACT |

## NOTICE OF SETTLEMENT

Plaintiff, BRIAN GARCIA, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendant, MIDWEST FIDELITY SERVICES, LLC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: April 15, 2013                              RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　　　 By: /s/Chantal VanOngevalle
　　　　　　　　　　　　　　　　　　　　　　 Chantal VanOngevalle, NM 9260
　　　　　　　　　　　　　　　　　　　　　　 Price Law Group, APC
　　　　　　　　　　　　　　　　　　　　　　 15760 Ventura Boulevard, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　 Encino, CA 91436
　　　　　　　　　　　　　　　　　　　　　　 Phone: (818) 907 -2030
　　　　　　　　　　　　　　　　　　　　　　 Fax: (818) 205-2730
　　　　　　　　　　　　　　　　　　　　　　 chantal@pricelawgroup.com

　　　　　　　　　　　　　　　　　　　　　　 *Attorney for Plaintiff,*
　　　　　　　　　　　　　　　　　　　　　　 *Brian Garcia*