UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **BRIAN GARCIA,**<br>      Plaintiff,<br><br>vs.<br><br>**MIDWEST FIDELITY SERVICES, LLC,**<br>      Defendant. | Civil Action No.:<br>1:12-cv-01271-JB-ACT |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 41a(1), Plaintiff, BRIAN GARCIA, by and though his attorney, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED: August 23, 2013

RESPECTFULLY SUBMITTED,

By: /s/Chantal VanOngevalle
Chantal VanOngevalle, NM 9260
Price Law Group, APC
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436
Phone: (818) 907-2030
Fax: (818) 205-2730
chantal@pricelawgroup.com

*Attorney for Plaintiff,*
*Brian Garcia*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, MIDWEST FIDELITY SERVICES, LLC, at the address stated below, which is the last known address of said Defendant, and deposited said envelope in the United States mail.

MIDWEST FIDELITY SERVICES, LLC
5 Stubblefield Lane
Ottawa, Kansas 66067

By: /s/Chantal VanOngevalle
Chantal VanOngevalle